7/25/2014     Small Elevated Feeder with Storage #FS-S - IRIS USA, Inc. - Storage and organization products from...

Case: 1:14-cv-01642-BCM Document: 1-2 Filed: 07/25/14 1 of 2. PageID #: 12

SEARCH:

| At Home | In the Office | Craft & Hobby | Kitchenware | Pet | Licensing | Seasonal | 🏠 Home | Contact |

### Categories

- At Home
- In the Office
- Craft & Hobby
- Kitchenware
- Pet
  - » Training Pads/Floor Protection
  - » Pet Food Storage
  - » Pet Containment
  - » Litter Boxes
  - » **Feeding**
- Licensing
- Seasonal

**Now In:** Pet → Feeding → FS-S


E-mail this product to a friend



#### Small Elevated Feeder with Storage
FS-S
17.36 x 9.41 x 5.94

This airtight, elevated feeder is the perfect size for small puppies and dogs and provides a healthy feeding solution and storage option all in one for your pets. Feeder bowls hold 1 pint of water or food each and storage space holds 18 cups of food.

🔍 View larger image



**Clear/Almond/Sage**
SKU:300301



**Clear/Trans Green**
SKU:300300



**Trans Smoke/Black/Chrome**
SKU:300302

### Retail Partners



### Related Products



FS-L

FS-M

Contact | About IRIS | Where To Buy | Customer Service | Legal/Privacy | Site Map

©2014 IRIS USA All Rights Reserved.